IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 1:18cr2-MW/GRJ-2

CARRIE DEES,

    Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, ECF No. 65, and subject to this Court's consideration of the plea agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of Guilty of Defendant to Counts One, Two, and Three of the Indictment against her is hereby **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

**SO ORDERED on May 9, 2018.**

                                                  s/Mark E. Walker            
                                                **United States District Judge**